United States Courts
Southern District of Texas
FILED

*April 18, 2023*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    23-CR-0092-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

**4:23-mj-744**

v.

1.    CARLOS SANFORD-VALDEZ,
        a.k.a. "Charlie Vuitton,"
2.    KATAINA JACKSON-KEELING,
        a.k.a. "Tana,"
        a.k.a. "Tana 10 Birdz,"
3.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
        a.k.a. "UM-3365,"
4.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
        a.k.a. "UM-9316,"
5.    ISAIAH JUAREZ,
6.    GIZEL GUTIERREZ,
7.    SAUL HERRERA,
        a.k.a. "Sosa,"
8.    GEORGE GONZALEZ-DEDIAS,
9.    JESSICA MOYA,
10.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
        a.k.a. "UM-7558,"

        Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

**<u>COUNT 1</u>**

From a time unknown, but not later than on or about May 15, 2022, up to and including on or about November 29, 2022, in the State and District of Colorado and elsewhere, the defendants, CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton," KATAINA JACKSON-KEELING, a.k.a. "Tana," a.k.a. "Tana 10 Birdz," FIRST NAME

UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3365," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9316," ISAIAH JUAREZ, GIZEL GUTIERREZ, SAUL HERRERA, a.k.a. "Sosa,"  GEORGE GONZALEZ-DEDIAS, JESSICA MOYA, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-7558," and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 29, 2022, in the State and District of Colorado and elsewhere, the defendants, CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton," and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3365," did knowingly and intentionally use any communication facility, a telephone, in committing and in causing and facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, the offense set forth in Count 1 of this indictment incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 3

On or about August 19, 2022, in the State and District of Colorado, the defendants, CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton," and ISAIAH JUAREZ, did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 4

On or about August 19, 2022, in the State and District of Colorado, the defendant, CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about November 17, 2022, in the State and District of Colorado, the defendant, GEORGE GONZALEZ-DEDIAS, did knowingly possess a firearm, in and affecting interstate and foreign commerce, with knowledge that the firearm had the manufacturer's serial number removed, altered, and obliterated.

All in violation of Title 18, United States Code, Section 922(k).

## COUNT 6

On or about November 17, 2022, in the State and District of Colorado, the defendant, SAUL HERRERA, a.k.a. "Sosa," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## Forfeiture Allegation

The allegations contained in Counts 1 through 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts 1, 2, 3, and 6 of this Indictment involving violations of Title 21, United States Code, Sections: 841(a)(1), 843(b), and 846, defendants CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton;" KATAINA JACKSON-KEELING, a.k.a. "Tana," a.k.a. "Tana 10 Birdz;" FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3365;" FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9316;" ISAIAH JUAREZ; GIZEL GUTIERREZ; SAUL HERRERA, a.k.a. "Sosa;" GEORGE GONZALEZ-DEDIAS; JESSICA MOYA; and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-7558" shall forfeit to

the United States, pursuant to Title 21, United States Code, Section 853, any and all of

the defendants' right, title and interest in all property constituting and derived from any

proceeds obtained directly and indirectly as a result of such offenses, and in all property

used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of such offenses, including, but not limited to: a money judgment in the

amount of proceeds obtained by the conspiracy and by the defendants.

Upon conviction of the violations alleged in Counts 4 and 5 of this Indictment

involving violations of Title 18, United States Code, Section 922(g)(1) and (k),

defendants CARLOS SANFORD-VALDEZ, a.k.a. "Charlie Vuitton," and GEORGE

GONZALEZ-DEDIAS shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all

firearms and ammunition involved in the commission of the offenses.

If any of the property described above, as a result of any act or omission of the

defendants:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third
party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:


Ink Signature on File in Clerk's Office
FOREPERSON


COLE FINEGAN
United States Attorney

By: *s/Alexander Duncan*
Alexander Duncan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454- 0307
Fax: 303-454-0406
E-mail: Alexander.Duncan@usdoj.gov
Attorney for Government